946

No. 923, Misc.  ANDERSON v. CRAVEN, WARDEN. C. A. 9th Cir.  Certiorari denied.  *Marshall W. Krause* for petitioner.

No. 927, Misc.  FRY v. MICHIGAN.  Sup. Ct. Mich. Certiorari denied.

No. 940, Misc.  GRAVES v. COX, PENITENTIARY SUPER- INTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 941, Misc.  SCANLAN v. OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 945, Misc.  TOULSON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 946, Misc.  SNOWDEN ET AL. v. UNITED STATES; No. 1000, Misc.  POSEY ET AL. v. UNITED STATES; and No. 1021, Misc.  BOWERS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *H. C. Mike Watkins* for petitioners Snowden et al. in No. 946, Misc., and *Herman W. Alford* and *Laurel G. Weir* for petitioners in No. 1000, Misc.  *Solicitor General Griswold, Assistant Attorney General Leonard, John M. Rosenberg,* and *Robert A. Murphy* for the United States in all three cases. Reported below: 416 F. 2d 545.

No. 950, Misc.  CAREY v. RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied. *Samuel D. Slade* for petitioner.

No. 1037, Misc.  EMERSON v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.